IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDEN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:15-cv-01472 |
| | ) | |
| | ) | Judge Crenshaw |
| WAL-MART STORES EAST, L.P. | ) | |
| | ) | Magistrate Judge Frensley |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the Plaintiff, Eden Johnson and Defendant, Wal-Mart Stores East, L.P., this case was resolved and therefore the Parties agree to a dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court being sufficiently advised:

IT IS HEREBY ORDERED that this case is dismissed with prejudice. The Parties shall be responsible for their own costs, fees and expenses except as otherwise agreed.

It is so ORDERED this _____ day of May, 2017.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

**PREPARED AND SUBMITTED BY:**

**BIESECKER DUTKANYCH & MACER, LLC**

s/Kyle F. Biesecker *(w/permission)*
Kyle F. Biesecker (TN 28872)
3200 West End, Suite 500
Nashville, Tennessee 37203
Telephone: (615) 783-2171
Facsimile: (812) 424-1005
E-mail: kfb@bdlegal.com

*Counsel for Plaintiff*

**FORDHARRISON LLP**

s/Joshua J. Sudbury
Mark E. Stamelos (TN 021021)
Joshua J. Sudbury (TN 028162)
150 Third Ave South, Suite 2010
Nashville, Tennessee 37201
Telephone: (615) 574-6700
Facsimile:  (615) 574-6701
mstamelos@fordharrison.com
jsudbury@fordharrison.com

*Counsel for Defendant*

WSACTIVELLP:9160727.1